IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR153 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FELIPE PEDRAZA RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Felipe Pedraza Ruiz (Ruiz) for an order requiring the government to disclose a confidential informant (Filing No. 43). The motion does not comply with NECrimR 12.3 (b), in that the motion:

- ( )   Is not supported by a brief;
- ( )   Is not supported by an Index of Evidence as required by NECrimR 12.3(b)(2) or a statement of what evidence will be offered at an evidentiary hearing requested for the motion;
- (✔)  Is not accompanied by a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement;
- ( )   Which requests an evidentiary hearing, does not contain a statement of the estimated time needed for the hearing, whether any interpreters will be needed, or whether any codefendant should be present and/or participate in the hearing.

Accordingly, the motion (Filing No. 39) is :

- (✔)  Held in abeyance pending compliance with NECrimR 12.3(b)(2). Absent compliance **on or before June 20, 2006**, the motion will be deemed withdrawn and termed on the docket.
- ( )   Denied.

**IT IS SO ORDERED.**

DATED this 13th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge