**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR153** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FELIPE PEDRAZA RUIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Felipe Pedraza Ruiz (Ruiz) to withdraw his motion to disclose a confidential informant (Filing No. 50).  The motion is granted, and Ruiz's motion for disclosure of confidential informant (Filing No. 43) shall be termed on the docket.

**IT IS SO ORDERED.**

DATED this 21st day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge